Prepared by: Donald F. Campbell, Jr.
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road
Red Bank, NJ 07701
*Attorneys for Kamuran Cortuk*

| | |
|---|---|
| In re: <br><br> KAMURAN CORTUK, <br><br> Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY, TRENTON VICINAGE** <br><br> Chapter 7 |
| MARINA CORNELIA SAITA, FOREIGN REPRESENTATIVE OF THE BANKRUPTCY ESTATE OF BANCA TURCO ROMANA, <br><br> Plaintiff, <br><br> v. <br><br> KAMURAN CORTUK, <br><br> Defendant. | Case No.  17-34019-CMG <br><br><br> Adversary No. **18-01651-CMG** <br><br> Judge: Hon. Christine M. Gravelle, U.S.B.J. |

**ENGLISH TRANSLATED CERTIFICATION OF KAMURAN CORTUK IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Kamuran Cortuk, Debtor and Defendant in the above-referenced proceedings, hereby certify to the following set of facts in the support of the Motion for Partial Summary Judgment:

1. I came to learn that in 2003, at the inception of the criminal proceedings, the Romanian Prosecutor's office served a summons on me, but it was the wrong address, so the summons never actually reached me.

2. Had the summons been properly served at my officially registered domicile address, I would surely have received it.

1

3. Despite this improper service, the criminal proceedings against me in Romania moved forward without my participation.

4. I did not have an opportunity to defend myself.

5. I did not have an opportunity to confront my accusers.

6. I was not represented by competent counsel during the case.

7. Attached hereto as **Exhibit A** is a true and accurate copy of the Romanian Criminal Judgment dated July 25, 2007.

8. BTR did not seek to enforce the Romanian Judgment in my home nation of Turkey. The Turkish government still does not recognize the decision. Attached hereto as **Exhibit B** is a treaty between Turkey and Romania, which provides that one country may reject a judgment in the other if the defendant was deprived of his right to defend himself and he was not properly notified of the case.

9. I dispute the Romanian Criminal Judgment because I do not believe it is valid, since it lacked underlying due process and subjected me to a substantial injustice.

10. Because of this grave injustice, I was forced to appeal the decision of the Romanian criminal court.

11. During this same time period, BTR also applied to the Romanian Commercial Court to obtain a judgment of liability against me.

12. I was afforded the opportunity to defend myself in the Commercial Court.

13. The Commercial Court rejected BTR's application against me as ungrounded. Attached hereto as **Exhibit C** is a true and accurate copy of the Romanian Commercial Judgment.

14. The major reason for the Commercial Court's decision, which found that I was not liable to BTR, is that I was not a signatory with any form of authority to bind BTR to any contracts or others forms of debt obligations. Attached hereto as **Exhibit D**, is a true and accurate list of all the signatories of BTR. I am not on this list, because I am not, nor was I ever an authorized signatory of BTR. Additionally, as the Commercial Court noted, as a passive member, my attendance at board meetings was sporadic. For that reason, I was not aware of, nor was I privy to, the wrongdoings of the board executives.

15. The Romanian Appellate Court rejected my application to present a financial expert in support of my defense. Attached hereto as **Exhibit E** is a true and accurate copy of the Romanian Appellate Court decision regarding the Criminal Judgment.

16. I also never appeared, nor defended myself in the United Kingdom.

17. Attached hereto as **Exhibit F**, is the Order of Dismissal of the Swiss Prosecutor's Office, which states the allegations against me in Switzerland, could not be confirmed upon an initial investigation.

I certify that foregoing is true and accurate, to the best of my knowledge and recollection.

*/s/ Kamuran Cortuk*
KAMURAN CORTUK

Dated: April 16, 2019