Hazırlayan: Donald F. Campbell, Jr.
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road
Red Bank, NJ 07701
*Kamuran Cortuk'un avukatları*

| | |
|---|---|
| ilgi: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY, TRENTON VICINAGE** |
| KAMURAN CORTUK, | |
| Borçlu. | Bölüm7 |
| MARINA CORNELIA SAITA, FOREIGN REPRESENTATIVE OF THE BANKRUPTCY ESTATE OF BANCA TURCO ROMANA, | Dava No.   17-34019-CMG |
| Davacı, | Adversary No. **18-01651-CMG** |
| v. | Hakim: Hon. Christine M. Gravelle, U.S.B.J. |
| KAMURAN CORTUK, | |
| Davalı. | |

## KISMİ ÖZET KARAR İÇİN DİLEKÇEMIZI DESTEKLER MAHİYETTE KAMURAN CORTUK BEYANI

Ben, Kamuran Cortuk, yukarıda atıfta bulunulan yargılama sürecine ilişkin olarak aşağıda hususları, Kısmi Özet Karara ilişkin dilekçemizi destekler mahiyette olmak üzere, şahsen beyan ederim :

1. 2003 yılında, ceza yargılamasına ilişkin olarak, Romanya Cumhuriyet Başsavcılığının bana tebligatlar yaptığını öğrendim, ancak bu tebligatlar yanlış adreslere yapılmış idi; bu yüzden sözkonusu tebligatlar tarafıma ulaşmadı.

1

2. Şayet bu tebligatlar o tarihteki yasal ikametgah adresime yapılmış olsa idi, muhakkak ki bunları tebellüğ ederdim .

3. İlgili tebligatlar usülüne uygun şekilde tarafıma ulaşmamış olmasına ragmen, Romanya'da aleyhimde başlatılan cezai yargılama süreci gıyabımda devam ettirildi.

4. Kendimi savunma imkanı şahsıma tanınmamıdı.

5. Bana suç isnad eden taraflarla yüzleşme imkanı tarafıma verilmedi.

6. Dava sırasında salahiyetli bir özel avukat tarafından temsil edilmedim.

7. **EK A**'da, 25 Temmuz 2007 tarihli Romanya Ceza Muhakemesi Kararı'nın gerçek ve doğru bir kopyası mevcuttur.

8. BTR, Romanya Kararının, vatandaşı olduğum Türkiye'de uygulanmasını talep dahi etmedi. Türk devleti hala kararı tanımamış durumdadır. Zira, **EK B**'de yer alan Türkiye ile Romanya arasındaki Anlaşma'da da açıkça görüleceği üzere, akit devletlerden herhangi birinin diğerinde alınan bir cezai kararı, sanığın kendini savunma hakkından yoksun bırakılması ve davaya ilişkin olarak usülüne uygun tebligat yapılmaması durumunda, reddetmesi muhtemeldir.

9. Romanya Ceza Kararına itiraz ediyorum, zira geçerli bir karar olduğuna inanmıyorum, çünkü yargılama esnasında ciddi usülsüzlükler yapılmıştır ve bu durum beni büyük bir haksızlığa maruz bırakmıştır.

10. Bu ağır haksızlık nedeniyle, Romanya ceza mahkemesinin kararına itiraz etmek durumunda kaldım

11. Aynı süreçte BTR, beni suçtan sorumlu tutmak için ayrıca Romanya Ticaret Mahkemesi'ne başvurdu.

12. Bu kez, kendimi Ticaret Mahkemesinde savunmam için bana imkan tanındı.

13. Ticaret Mahkemesi BTR'nin aleyhimdeki bu başvurusunu mesnetsiz bularak reddetti. **Ek B**'de yer alan karar, bu konuya ilişkin olarak alınan Romanya Ticari Kararının gerçek ve doğru bir kopyasıdır.

14. Ticaret Mahkemesinin BTR'ye karşı sorumlu olmadığımı tespit eden kararının asıl gerekçesi, BTR'yi herhangi bir sözleşme veya başka borç yükümlülüğü altına sokacak herhangi bir yetkiye sahip olmadığımın, bu kapsamda bir imza yetkim olmadığının tespitidir. **Ek D**'de sunulmuş olan imza sirküleri, BTR nezdinde yetkiyi haiz olan imzaların yer aldığı gerçek ve doğru bir evraktır. Bu listede ben yokum, zira BTR nezdinde, ne şimdi ne de geçmişte, imza yetkisine hiçbir zaman sahip olmadım. İlaveten, Ticaret Mahkemesinin de belirttiği gibi, pasif bir üye olarak, yönetim kurulu toplantılarına da düzensiz şekilde, arada sırada katıldım. Bu nedenle, yetki sahibi yöneticilerinin yaptığı hataların ne farkındaydım, ne de bunlara iştirak ettim.

15. Romanya Temyiz Mahkemesi savunmama destek olacak mahiyette bir mali uzman atanması talebimi de reddetti. **Ek E**'de, Romanya Temyiz Mahkemesinin Ceza Muhakemesi ile ilgili temyiz kararının gerçek ve doğru bir kopyasıdır.

16. Ayrıca Birleşik Krallık'da yürüyen davada hiçbir zaman hakim karşısına çıkmadım ya da kendimi savunmadım.

17. **Ek F**'de yer alan evrak, İsviçre'de aleyhimde ortaya atılan iddiaların, yapılan soruşturma neticesinde kanıtlanamadığını ifade eden İsviçre Savcılığına ait 'Davanın Reddi' kararıdır.

Yukarıda belirtilenlerin, bilgim ve hatırlayabildiklerim ölçüsünde, doğru ve gerçek olduğunu, beyan ederim.

_____

KAMURAN CORTUK

Tarih: 10 Nisan 2019

durumunda kaldım.

11. Aynı süreçte BTR, beni suçtan sorumlu tutmak için ayrıca Romanya Ticaret Mahkemesi'ne başvurdu.

12. Bu kez, kendimi Ticaret Mahkemesinde savunmam için bana imkan tanındı.

13. Ticaret Mahkemesi BTR'nin aleyhimdeki bu başvurusunu mesnetsiz bularak reddetti. Ek B'de yer alan karar, bu konuya ilişkin olarak alınan Romanya Ticari Kararının gerçek ve doğru bir kopyasıdır.

14. Ticaret Mahkemesinin BTR'ye karşı sorumlu olmadığımı tespit eden kararının asıl gerekçesi, BTR'yi herhangi bir sözleşme veya başka borç yükümlülüğü altına sokacak herhangi bir yetkiye sahip olmadığımın, bu kapsamda bir imza yetkim olmadığının tespitidir. Ek D'de sunulmuş olan imza sirküleri, BTR nezdinde yetkiyi haiz olan imzaların yer aldığı gerçek ve doğru bir evraktır. Bu listede ben yokum, zira BTR nezdinde, ne şimdi ne de geçmişte, imza yetkisine hiçbir zaman sahip olmadım. İlaveten, Ticaret Mahkemesinin de belirttiği gibi, pasif bir üye olarak, yönetim kurulu toplantılarına da düzensiz şekilde, arada sırada katıldım. Bu nedenle, yetki sahibi yöneticilerinin yaptığı hataların ne farkındaydım, ne de bunlara iştirak ettim.

15. Romanya Temyiz Mahkemesi savunmama destek olacak mahiyette bir mali uzman atanması talebimi de reddetti. Ek E'de, Romanya Temyiz Mahkemesinin Ceza Muhakemesi ile ilgili temyiz kararının gerçek ve doğru bir kopyasıdır.

16. Ayrıca Birleşik Krallık'da yürüyen davada hiçbir zaman hakim karşısına çıkmadım ya da kendimi savunmadım.

17. Ek F'de yer alan evrak, İsviçre'de aleyhimde ortaya atılan iddiaların, yapılan soruşturma neticesinde kanıtlanamadığını ifade eden İsviçre Savcılığına ait 'Davanın Reddi' kararıdır.

Yukarıda belirtilenlerin, bilgim ve hatırlayabildiklerim ölçüsünde, doğru ve gerçek olduğunu, beyan ederim.

KAMURAN ÇÖRTÜK

Tarih: 10 Nisan 2019

4